IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERANCE DAWSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-cv-1057-WKW |
| | ) |
| CITY OF MONTGOMERY, *et al.,* | ) |
| | ) |
|     Defendants. | ) |

**O R D E R**

It is hereby ORDERED that, pursuant to 28U.S.C. § 636(b)(1), this case is referred to Magistrate Judge Wallace Capel, Jr. for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 30th day of November, 2006.

                         /s/   W. Keith Watkins
                         UNITED STATES DISTRICT JUDGE