IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAWSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06CV1057-WKW |
| | ) |
| CITY OF MONTGOMERY, et al., | ) |
| | ) |
|     Defendants. | ) |

## ORDER

On 20 December 2007, Defendants filed an Answer and Motion to Dismiss in this case (Doc. #6). Therefore, it is

ORDERED that Defendants shall file a brief in support of their Motion to Dismiss on or before February 1, 2007. It is further

ORDERED that Plaintiff shall submit a response to Defendants' 20 December 2007 Motion to Dismiss and Defendants' Brief in Support of their Motion to Dismiss on or before 22 February 2007.

DONE this 18th day of January, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE