IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TERANCE DAWSON,. )
)
Plaintiff, )
)
vs. ) CIVIL ACTION NO. 2:06-CV-01057-WKW
)
CITY OF MONTGOMERY and; )
GUINN TIMMERMAN )
)
Defendants. )

## RESPONSE TO COURT ORDER

On January 18, 2007, the Court ordered the Defendants to file a brief in support of their Motion to Dismiss on or before February 1, 2007. In that same order the Court ordered Plaintiff to submit a response to the Defendants' motion and the brief in support of the motion on or before Feb 22, 2007, twenty (20) days to respond to the Defendants' brief in support of their motion to dismiss. The Plaintiff makes this response to the Defendants' motion to dismiss and the brief in support.

1. As ordered, the Defendants filed their brief with the Court on February 1, 2007.

2. Although the Defendants filed a brief with the Court, they served the Plaintiff at" P.O. Box **6060**," Montgomery, AL  36106, instead of the correct address:  "P.O. Box **6050**,"Montgomery, AL 36106.  Therefore, the Plaintiff did not timely receive the Defendants' brief.  The Plaintiff did not receive a copy of the Defendants' brief in support of their motion until February 8, 2007.

3. In the Defendants' brief in support of their motion to dismiss, the Defendants make assertions that are not true; these assertions are in total conflict with the actual facts submitted by the Plaintiff in his complaint; and the assertions in Defendants' brief are not sworn.  Therefore, the Plaintiff asks that these assertions be stricken.

4. Also, in their brief in support of their motion to dismiss, the Defendants seek dismissal of the cause of action against Defendant Timmerman on the ground that the claims fails to state a claim against Defendant Timmerman in his official capacity upon which relief can be granted.

5. Nonetheless, to the extent that the Defendants are moving for dismissal of Defendant Timmerman in his "official" capacity, the Plaintiff does not object to Defendant Timmerman being dismissed in his "official" capacity from this action. However, the Plaintiff submits that sufficient facts have been submitted to state claims against Defendant Timmerman in his "individual" capacity.

/s/ Terance Dawson
Terance Dawson, Pro Se
P.O. Box 6050
Montgomery, AL 36106
(334) 561-4011


## CERTIFICATE OF SERVICE

I hereby certify that I have this 22 day of February, 2007 filed a copy of this document with the Clerk of the Court, who will perfect service upon the following using the CM/ECF SYSTEM.

Michael D. Boyle, Esq.
City of Montgomery
Legal Department
P.O. Box 1111
Montgomery, AL 3601-1111

/s/ Terance Dawson
Terance Dawson