**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 21, 2007

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** Dawson v. City of Montgomery et al

**Case Number:** 2:06cv01057-WKW

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 13   filed on    May 18, 2007.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRANCE DAWSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 2:06-cv-1057-WKW |
| | ) |
| CITY OF MONTGOMERY; GUINN | ) |
| TIMMERMAN, individually, and in his | ) |
| Official capacity as an officer, agent, or | ) |
| Employee of the City of Montgomery, | ) |
| Alabama, | ) |
| | ) |
| Defendants. | ) |

## REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed.R.Civ.P. 26(f), the following attorneys on behalf of the parties conferred to develop a proposed discovery plan in the above styled cause.

   Terrance Dawson, Pro Se Plaintiff.

   Michael D. Boyle for the Defendants.

2. Pre-Discovery Disclosures: The parties will exchange the information required by Fed.R.Civ.P. 26(a)(1) within twenty-one (21) days of the court's Scheduling Conference Order.

3. Discovery Plan: The parties jointly propose to the Court the following discovery plan:

   Discovery will be needed from allegations in Plaintiff's complaint on questions of liability, affirmative defenses, and Plaintiff's damages claim.

   All discovery commenced in time to be complete one week prior to the pretrial conference.

Maximum of 30 interrogatories by each party. [Responses due 30 days after service.]

Maximum of 30 requests for admissions by each party to any other party. [Responses due 30 days after service.]

Maximum of 30 requests for production by each party to any other party. [Responses due 30 days after service.]

Maximum of 10 depositions by each party for each party directed toward any other party with a maximum of 7 hours per deposition, unless extended by agreement of the parties.

Reports from retained experts under Rule 26(a)(2) due from Plaintiff by November 21, 2007 and from Defendant by December 5, 2007.

Supplementation under Rule 26(e) due within fourteen (14) days of when a party learns that in some material respect the information disclosed is incomplete or incorrect and if the additional or corrective information has not otherwise been made known to the other parties in the discovery process or in writing.

4.  Other items.

The parties do not request a conference with the Court before entry of the Scheduling Order.

The parties request a pretrial conference on January 22, 2008.

Plaintiff should be allowed until October 10, 2007 to join additional parties and to amend the pleadings.

Defendants should be allowed until September 4, 2007 to join additional parties and to amend the pleadings.

All potentially dispositive motions should be filed by October 24, 2007.

Settlement and the possibility of mediation cannot be evaluated prior to discovery.

Final lists of witnesses under Rule 26(a)(3) should be due from Plaintiff by three weeks before the pretrial and from the Defendants two weeks before the pretrial conference.

Final lists of exhibits under Rule 26(a)(3) should be due from Plaintiff by three weeks before the pretrial and from the Defendants two weeks before the pretrial conference.

Parties should have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial by February 25, 2008 and is expected to take one day.

Defendants are filing the above styled report on behalf of Plaintiff with expressed written permission to electronically file this document with Plaintiff's e-signature. See attached copy of email from Terrance Dawson to Defendant.

/s/Terrance Dawson  
Terrance Dawson  
Pro Se Plaintiff

Terrance Dawson  
Post Office Box 6050  
Montgomery, Alabama 36106  
334-561-4011

/s/ Michael D. Boyle  
Michael D. Boyle (BOY032)  
Attorney for the Defendants

Michael D. Boyle  
Legal Department  
City of Montgomery  
P. O. Box 1111  
Montgomery, AL 36101-1111  
Phone: (334) 241-2050  
FAX: (334) 241-2310

**Percival, Drenda**

**From:** Dawson, Terance [Terance.Dawson@dhr.alabama.gov]
**Sent:** Friday, May 18, 2007 10:15 AM
**To:** Percival, Drenda
**Subject:** RE:

I have reviewed the document and you have my permission to e-file the document on my behalf……Can you send me a confirmation of the filing please…

Thanks in advance for your consideration in this matter..

**From:** Percival, Drenda [mailto:dpercival@montgomeryal.gov]
**Sent:** Friday, May 18, 2007 9:48 AM
**To:** Tdawson@dhr.state.al.us
**Subject:** FW:

Mr. Dawson,

Just checking on the status of this document. Are you filing it or did you want us to. If you want to file it, Mr. Boyle is in today to sign it.

Thanks!!

Drenda

-----Original Message-----
**From:** Percival, Drenda
**Sent:** Thursday, May 17, 2007 12:41 PM
**To:** 'Tdawson@dhr.state.al.us'
**Subject:**

Mr. Dawson,

This document is due in Federal Court tomorrow. It is the responsibility of the Plaintiff to file it however, I will be happy to E-file it if you would like. If I e-file it I will need your permission to file it with an electronic signature. If you file it you will need to remove the electronic signature lines and you and Mr. Boyle will need to sign the document and you can physically take it to Federal Court.

Please review the document and e-mail us back letting us know if you want us to file it or if you will be filing it and whether or not you give your permission to E-file it with your electronic signature.

Thank you.

*Drenda Percival*
Drenda Percival
Legal Secretary
City Attorney's Office
334-241-2717