IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERANCE DAWSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 2:06-CV-1057-WKW |
| ) | |
| CITY OF MONTGOMERY, and ) | |
| GUINN TIMMERMAN, individually, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF APPEARANCE FOR DEFENDANTS

**COMES NOW** Allison H. Highley and notices this Honorable Court that she hereby enters her appearance on behalf of the Defendants, City of Montgomery and Guinn Timmerman, in the above-styled action.

Respectfully submitted this 24th day of May, 2007.

/s/ Allison H. Highley
Allison H. Highley (HIG024)
Attorney for the Defendants

**OF COUNSEL:**
CITY OF MONTGOMERY
Legal Department
Post Office Box 1111
Montgomery, AL 36101-1111
(334) 241-2050 Telephone
(334) 241-2310 Facsimile

### CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2007, I sent a copy of the foregoing Notice of Appearance to the Plaintiff via U.S. mail, first-class postage pre-paid to: Terance Dawson, Post Office Box 6050, Montgomery, Alabama 36106.

/s/ Allison H. Highley
Allison H. Highley (HIG024)