**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **TERANCE DAWSON**, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. **2:06-CV-1057-WKW** |
| | ) | |
| **CITY OF MONTGOMERY**, and | ) | |
| **GUINN TIMMERMAN**, individually, | ) | |
| Defendants. | ) | |

## MOTION FOR CONTINUANCE

COME NOW Defendants City of Montgomery and Guinn Timmerman, and respectfully move this Court to continue the trial date set in this matter and issue a new scheduling order, and as grounds state:

1.      Trial in this matter is currently set during the February 25, 2008, trial term, with pre-trial set for January 22, 2008. This case has not been continued before, and neither party would be prejudiced by a brief delay to allow adequate preparation for trial.

2.      Plaintiff has been less than forthcoming with requested information and documents, which has significantly delayed these proceedings. Defendants have made every effort to work with and accommodate Mr. Dawson with regard to his discovery responses. See *Affidavit of Allison H. Highley*, attached hereto as Exhibit 1.

3.      Defendants were relying on information and documents from Plaintiff to complete their dispositive motion, and could not complete their motion because Plaintiff did not make any response until December 3, 2007. See *Plaintiff's Responses to Defendant's Discovery Requests*, attached hereto as Exhibit 2. Defendants also need the requested discovery materials to adequately prepare for trial.

4.    Plaintiff was non-responsive or only minimally responsive with most of the information he provided. Defendants must now issue third party subpoenas to *inter alia* cellular phone companies and medical providers for the documents requested. Although Defendant will do so promptly, it will likely be 4 to 6 weeks before the records are received.

WHEREFORE, without waiving their right to file a Motion to Compel if Plaintiff continues to be less than cooperative in terms of discovery, Defendants respectfully request that this matter be continued and a new scheduling order be entered, with a new deadline for dispositive motions set no sooner than March 1, 2008.

Respectfully submitted this 12th day of December 2007.

/s/ Allison H. Highley
Allison H. Highley (HIG024)
Attorney for Defendants

OF COUNSEL:
City of Montgomery
Legal Department
Post Office Box 1111
Montgomery, AL 36101-1111
(334) 241-2050 Telephone
(334) 241-2310 Facsimile

CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2007, I sent a copy of the foregoing to the Plaintiff via U.S. mail, first-class postage pre-paid to:

Terance Dawson
Post Office Box 6050
Montgomery, Alabama 36106.

/s/ Allison H. Highley
Of Counsel

Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **TERANCE DAWSON,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. **2:06-CV-1057-WKW** |
| | ) | |
| **CITY OF MONTGOMERY**, and | ) | |
| **GUINN TIMMERMAN**, individually, | ) | |
| Defendants. | ) | |

### AFFIDAVIT OF ALLISON H. HIGHLEY

STATE OF ALABAMA

COUNTY OF MONTGOMERY

Allison H. Highley, being first duly sworn, deposes and says that:

1.      I am an attorney at law duly admitted before this Court, and am attorney of record for the above-named Defendants, City of Montgomery and Guinn Timmerman.

2.      This affidavit is made in support of Defendants' FRCP 37 motion for an order compelling Plaintiff to respond to Defendants' First Set of Interrogatories and Requests for Production and to submit to an oral deposition, and for an order imposing monetary sanctions against Plaintiff in an amount deemed reasonable by the Court.

3.      Plaintiff filed this action under 42 U.S.C. §1983 alleging constitutional rights violations and various state claims relating to a police stop that occurred on November 27, 2004.

4.      On September 25, 2007, Defendants served their First Set of Interrogatories and Requests for Production. A copy of those discovery requests with proof of service are attached hereto as Exhibit A.

5.      Defendants have received no response to the above-referenced discovery requests.

6.      On October 25, 2007, I notified the Plaintiff that I had not received his discovery responses, and offered to extend his time in which to respond to November 2, 2007. I received no written response. A copy of the letter of notification is attached as Exhibit B.

7.      On November 5, 2007, I wrote to Plaintiff again asking for discovery responses, offered to extend his deadline to November 9, 2007, and enclosed a Notice of Deposition for November 16, 2007. This second letter is attached hereto as Exhibit C.

8.      On November 5, 2007, after I had already placed the second letter in the mail, Plaintiff called and attempted to speak to my supervisor. Because I have a case pending against Plaintiff, the call was routed to me. Plaintiff asked if I was the lady who had sent him the letters. I confirmed that I was. Plaintiff then told me he had lost his other copy of the interrogatories I had sent him and asked me to send him another copy.

9.      During this telephone conversation, I also explained that Plaintiff would be receiving a letter from me containing a Notice of Deposition and that I intended to depose Plaintiff on November 16, 2007. Plaintiff stated that he would have to check his calendar but refused to do so right then and promised to call me later. I confirmed the substance of this conversation in a letter dated November 5, 2007, which is attached hereto as Exhibit D.

10.     Plaintiff has remained wholly unresponsive to my requests for his discovery responses and has refused to coordinate a mutually convenient date for a deposition.

2

11.    As set forth herein, I have in good faith conferred, or attempted to confer, with Plaintiff in an effort to obtain his discovery responses without court action, but have been frustrated by Plaintiff Dawson at every turn.

12.    As a result of Plaintiff's refusal to respond to Defendants' discovery requests or to attend a deposition, Defendants are severely hampered in their defense due to being denied key information and documents directly related to Plaintiff's claims. Defendants cannot adequately prepare for trial without the requested information.

Respectfully submitted this 21st day of November 2007.

_____
Allison H. Highley (HIG024)
Attorney for Defendants

OF COUNSEL:
City of Montgomery
Legal Department
Post Office Box 1111
Montgomery, AL 36101-1111
(334) 241-2050 Telephone

SWORN TO AND SUBSCRIBED before me this 21st day of November, 2007.

_____
Notary Public
My commission expires 10/16/09

(SEAL)

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2007, I sent a copy of the foregoing to the Plaintiff via U.S. mail, first-class postage pre-paid to:

Terance Dawson
Post Office Box 6050
Montgomery, Alabama 36106.

_____
Of Counsel

3

Exhibit A

# WALTER R. BYARS

CITY ATTORNEY

wbyars@montgomeryal.gov
tdavis@montgomeryal.gov

**KIMBERLY O. FEHL**
SENIOR STAFF ATTORNEY
kfehl@montgomeryal.gov

**WALLACE D. MILLS**
STAFF ATTORNEY
wmills@montgomeryal.gov

**MICHAEL D. BOYLE**
STAFF ATTORNEY
mboyle@montgomeryal.gov

**ALLISON H. HIGHLEY**
ASSOCIATE ATTORNEY
ahighley@montgomeryal.gov

September 25, 2007

Terance Dawson
Post Office Box 6050
Montgomery, Alabama 36106

> Re:    Terance Dawson v. City of Montgomery, et al

Dear Mr. Dawson:

Please find enclosed the City's first set of interrogatories and request for production of documents. Please note that your responses are due to me within 30 days.

You may call me at 241-2050, or email me at ahighley@montgomeryal.gov, with any questions.

Sincerely,

Allison H. Highley
Associate City Attorney

:ahh
Enclosure

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TERANCE DAWSON,              )
                            )
    Plaintiff,              )
                            )
vs.                         )         Case No.: 2:06-CV-1057-WKW
                            )
CITY OF MONTGOMERY, and      )
GUINN TIMMERMAN, individually, )
                            )
    Defendants.             )

## DEFENDANTS' FIRST SET OF INTERROGATORIES
## AND REQUESTS FOR PRODUCTION OF DOCUMENTS

**COME NOW** the Defendants, City of Montgomery and Guinn Timmerman, pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure and request the Plaintiff to respond within thirty (30) days to the following interrogatories and requests for production of documents.

**Interrogatory 1.** Please state the name and address of your cellular telephone provider as of November 27, 2004, along with your account number with them.

**Request for Production 1.** Please produce a copy of your cellular telephone records that include an itemization of calls made and received on November 27, 2004.

**Interrogatory 2.** Please state the name, phone number and address of all witnesses present in the Kentucky Fried Chicken parking lot on November 27, 2004, who witnessed the alleged incident that is the subject matter of this lawsuit.

**Interrogatory 3.** Please state the name, phone number and address of the owner of the vehicle in which you were allegedly stopped on November 27, 2004.

**Request for Production 2.** Please produce a copy of the title and registration for this vehicle.

**Interrogatory 4.** Please list all motor vehicle violations for which you have been charged in the last 5 years and state the disposition of each charge.

**Request for Production 3.** Please produce a copy of your drivers license.

**Interrogatory 5.** Please state whether you have ever been arrested and, if so, for each arrest please describe the circumstances and state the outcome (i.e. you were released, you faced formal charges, etc.).

**Interrogatory 6.** Please state whether you have ever been convicted of a crime and, if so, for each conviction please name the trial court, state the date of the conviction and the nature of the charges against you.

**Interrogatory 7.** Please state whether, prior to this case, you have ever been a party to a lawsuit and, if so, for each lawsuit please name the trial court, describe the nature of the case, and state its outcome.

**Interrogatory 8.** Please identify each medical, dental, mental health professional, or hospital by whom you have been seen in the last 5 years, and state the phone number and address for each.

**Request for Production 4.** For each provider listed in response to Interrogatory 8 above, please produce a copy of all medical records, bills, notes and all documents related to you and your treatment.

**Interrogatory 9.** Please identify each and every drug you have been prescribed in the last 5 years, regardless of whether you filled the prescription, along with the prescribing person's name, phone number and address.

**Interrogatory 10.** Please state your social security number and date of birth.

**Interrogatory 11.** Please state your basis for the money damages you claim, explaining how you calculated the amounts demanded.

**Request for Production 5.** Please submit all documents you intend to use to prove your damages at trial.

**Interrogatory 12.** Please list the name, address and phone number of each witness you intend to use at trial, to include any expert witness, along with a brief statement of the testimony you expect to illicit.

**Request for Production 6.** Please produce any documents or other evidence you intend to use at trial, to include affidavits and audio or video recordings.

Respectfully submitted this 25th day of September, 2007.

_____
Allison H. Highley (HIG024)
Attorney for Defendants

**OF COUNSEL:**
CITY OF MONTGOMERY
Legal Department
Post Office Box 1111
Montgomery, AL 36101-1111
(334) 241-2050 Telephone
(334) 241-2310 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2007, I sent a copy of the foregoing to the Plaintiff via U.S. mail, first-class postage pre-paid to: Terance Dawson, Post Office Box 6050, Montgomery, Alabama 36106.

_____
Of Counsel

Exhibit B

# WALTER R. BYARS

CITY ATTORNEY
wbyars@montgomeryal.gov
tdavis@montgomeryal.gov

**KIMBERLY O. FEHL**
SENIOR STAFF ATTORNEY
kfehl@montgomeryal.gov

**WALLACE D. MILLS**
STAFF ATTORNEY
wmills@montgomeryal.gov

**MICHAEL D. BOYLE**
STAFF ATTORNEY
mboyle@montgomeryal.gov

**ALLISON H. HIGHLEY**
ASSOCIATE ATTORNEY
ahighley@montgomeryal.gov

October 25, 2007

Mr. Terance Dawson
Post Office Box 6050
Montgomery, Alabama 36106

Re:    Terance Dawson v. City of Montgomery, et al.
       United States District Court Case No. 2:06-CV-1057-WKW-WC

Dear Mr. Dawson:

I have not received your responses to my discovery requests, which are due. I am writing you because my attempts to call you have been unsuccessful. Every telephone number I have for you has been disconnected or belongs to someone else.

If I do not receive your discovery materials by Friday, November 2, 2007, I will be forced to ask the Court to compel your response. Please call me at (334) 241-2050 with any questions or concerns, and to give me your new contact information. Thank you.

Sincerely,

Allison H. Highley
Assistant City Attorney

:ahh

Exhibit C

# WALTER R. BYARS

C I T Y   A T T O R N E Y
wbyars@montgomeryal.gov
tdavis@montgomeryal.gov

**KIMBERLY O. FEHL**
SENIOR STAFF ATTORNEY
kfehl@montgomeryal.gov

**WALLACE D. MILLS**
STAFF ATTORNEY
wmills@montgomeryal.gov

**MICHAEL D. BOYLE**
STAFF ATTORNEY
mboyle@montgomeryal.gov

**ALLISON H. HIGHLEY**
ASSOCIATE ATTORNEY
ahighley@montgomeryal.gov

November 5, 2007

Terance Dawson
Post Office Box 6050
Montgomery, Alabama 36106

Re:    <u>Terance Dawson v. City of Montgomery, et al</u>

Dear Mr. Dawson:

As you know, your discovery responses to me are overdue. I have given you extra time in which to respond to my request or to call me to work something out if you need more time, but I have not heard from you. I want to work with you if you are having trouble responding, but I cannot do anything for you if you continue to ignore me.

We have trial scheduled in February, and I need the information I have requested in time to adequately prepare for trial. If I do not receive your discovery responses by Friday, November 9, 2007, then I will have no choice but to ask the court to get involved.

I have also enclosed a notice that I am taking your deposition on November 16, 2007. As you know from my last letter to you, I have been unable to contact you using any of the telephone numbers I have for you, and was thus unable to coordinate a date and time for your deposition.

Unless I hear from you otherwise, **I will see you at 9 a.m. on Friday, November 16, 2007, in the Council Conference Room**. Be sure to bring all of the documents listed in the notice of deposition. Please call me at 241-2050 with any questions.

Sincerely,

Allison H. Highley
Associate City Attorney

:ahh
Enclosure

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TERANCE DAWSON,           )
     Plaintiff,            )
                                )
v.                           )     Case No. **2:06-CV-1057-WKW**
                                )
**CITY OF MONTGOMERY**, and    )
**GUINN TIMMERMAN**, individually,   )
     Defendants.          )

## NOTICE OF TAKING DEPOSITION OF TERANCE DAWSON
## AND PRODUCTION OF DOCUMENTS

To: Plaintiff Terance Dawson

YOU ARE NOTIFIED that on Friday, November 16, 2007, at 9 a.m., defendants will take the oral deposition of Terance Dawson, the plaintiff in this action, at the Council Conference Room, Montgomery City Hall, located at 103 North Perry Street, Montgomery, Alabama. The deposition will continue from day to day until completed.

Deponent is required to produce at the deposition the following materials at the time and location set forth above:

(a)     A copy of your cellular telephone records that include an itemization of calls made and received on November 27, 2004;

(b)     A list of all witnesses present in the Kentucky Fried Chicken parking lot on November 27, 2004, who witnessed the alleged incident that is the subject matter of this lawsuit, with a name, phone number and address for each;

(c)     A copy of the title and registration for the vehicle in which you were allegedly stopped on November 27, 2004;

(d)     A list of each medical, dental, mental health professional, or hospital by whom you have been seen in the last 5 years, including the name, phone number and

address for each, along with a copy of all medical records, bills, notes and all documents related to you and your treatment;

(e)    A list of each and every drug you have been prescribed in the last 5 years, regardless of whether you filled the prescription, along with the prescribing person's name, phone number and address;

(f)    All documents you intend to use to prove your damages at trial;

(g)    A list of each witness you intend to use at trial, to include any expert witness, along with a brief statement of the testimony you expect to illicit, and the name, address and phone number;

(h)    Any documents or other evidence you intend to use at trial, to include affidavits and audio or video recordings.

Done this 5th day of November, 2007.

Allison H. Highley (HIG024)
Attorney for Defendants

OF COUNSEL:
CITY OF MONTGOMERY
Legal Department
Post Office Box 1111
Montgomery, AL 36101-1111
(334) 241-2050 Telephone
(334) 241-2310 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2007, I sent a copy of the foregoing to the Plaintiff via U.S. mail, first-class postage pre-paid to: Terance Dawson, Post Office Box 6050, Montgomery, Alabama 36106.

Of Counsel

Exhibit D

# WALTER R. BYARS

CITY ATTORNEY

wbyars@montgomeryal.gov
tdavis@montgomeryal.gov

**KIMBERLY O. FEHL**

SENIOR STAFF ATTORNEY
kfehl@montgomeryal.gov

**WALLACE D. MILLS**

STAFF ATTORNEY
wmills@montgomeryal.gov

**MICHAEL D. BOYLE**

STAFF ATTORNEY
mboyle@montgomeryal.gov

**ALLISON H. HIGHLEY**

ASSOCIATE ATTORNEY
ahighley@montgomeryal.gov

November 5, 2007

Mr. Terance Dawson
Post Office Box 6050
Montgomery, Alabama 36106

   Re:  <u>Terance Dawson v. City of Montgomery, et al.</u>

Dear Mr. Dawson:

   This is to confirm the telephone conversation we just had wherein you asked for another copy of our interrogatories and requests for production of documents. You indicated you needed another copy because you had misplaced the set you received in September. Per your request, I have enclosed another copy of our discovery requests. As we discussed, I need your discovery responses as soon as possible, as trial in this matter is quickly approaching.

   During our conversation, I told you that you would also be receiving another letter about your discovery responses, along with a notice that I intend to depose you on Friday, November 16, 2007, at 9:00 a.m. You told me that you had to check your calendar and could not do so right away because you were about to leave for a meeting, but that you would do so afterwards and let me know if I needed to reschedule.

   You also gave me (334) 242-3122 as the best telephone number at which to reach you and confirmed that Post Office Box 6050, Montgomery, Alabama is still the best address for case-related mail.

   Please let me know immediately if anything in this letter is inaccurate, and call me if you have any problems complying with my discovery requests.

       Sincerely,

       Allison H. Highley
       Assistant City Attorney

:ahh
Enclosure

103 NO. PERRY STREET • MONTGOMERY, ALABAMA 36104
POST OFFICE BOX 1111 • MONTGOMERY, AL 36101-1111 • TELEPHONE (334) 241-2050 • FAX (334) 241-2310

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TERANCE DAWSON,          )
                                  )
      Plaintiff,          )
                                  )
vs.                     )    Case No.:  2:06-CV-1057-WKW
                                  )
CITY OF MONTGOMERY, and    )
GUINN TIMMERMAN, individually,  )
                                  )
      Defendants.       )

## DEFENDANTS' FIRST SET OF INTERROGATORIES
## AND REQUESTS FOR PRODUCTION OF DOCUMENTS

**COME NOW** the Defendants, City of Montgomery and Guinn Timmerman, pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure and request the Plaintiff to respond within thirty (30) days to the following interrogatories and requests for production of documents.

**Interrogatory 1.** Please state the name and address of your cellular telephone provider as of November 27, 2004, along with your account number with them.

**Request for Production 1.** Please produce a copy of your cellular telephone records that include an itemization of calls made and received on November 27, 2004.

**Interrogatory 2.** Please state the name, phone number and address of all witnesses present in the Kentucky Fried Chicken parking lot on November 27, 2004, who witnessed the alleged incident that is the subject matter of this lawsuit.

**Interrogatory 3.** Please state the name, phone number and address of the owner of the vehicle in which you were allegedly stopped on November 27, 2004.

**Request for Production 2.** Please produce a copy of the title and registration for this vehicle.

**Interrogatory 4.** Please list all motor vehicle violations for which you have been charged in the last 5 years and state the disposition of each charge.

**Request for Production 3.** Please produce a copy of your drivers license.

**Interrogatory 5.** Please state whether you have ever been arrested and, if so, for each arrest please describe the circumstances and state the outcome (i.e. you were released, you faced formal charges, etc.).

**Interrogatory 6.** Please state whether you have ever been convicted of a crime and, if so, for each conviction please name the trial court, state the date of the conviction and the nature of the charges against you.

**Interrogatory 7.** Please state whether, prior to this case, you have ever been a party to a lawsuit and, if so, for each lawsuit please name the trial court, describe the nature of the case, and state its outcome.

**Interrogatory 8.** Please identify each medical, dental, mental health professional, or hospital by whom you have been seen in the last 5 years, and state the phone number and address for each.

**Request for Production 4.** For each provider listed in response to Interrogatory 8 above, please produce a copy of all medical records, bills, notes and all documents related to you and your treatment.

**Interrogatory 9.** Please identify each and every drug you have been prescribed in the last 5 years, regardless of whether you filled the prescription, along with the prescribing person's name, phone number and address.

**Interrogatory 10.** Please state your social security number and date of birth.

**Interrogatory 11.** Please state your basis for the money damages you claim, explaining how you calculated the amounts demanded.

**Request for Production 5.** Please submit all documents you intend to use to prove your damages at trial.

**Interrogatory 12.** Please list the name, address and phone number of each witness you intend to use at trial, to include any expert witness, along with a brief statement of the testimony you expect to illicit.

**Request for Production 6.** Please produce any documents or other evidence you intend to use at trial, to include affidavits and audio or video recordings.

Respectfully submitted this 25th day of September, 2007.

_____
Allison H. Highley (HIG024)
Attorney for Defendants

**OF COUNSEL:**
CITY OF MONTGOMERY
Legal Department
Post Office Box 1111
Montgomery, AL 36101-1111
(334) 241-2050 Telephone
(334) 241-2310 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2007, I sent a copy of the foregoing to the Plaintiff via U.S. mail, first-class postage pre-paid to: Terance Dawson, Post Office Box 6050, Montgomery, Alabama 36106.

_____
Of Counsel

Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TERANCE DAWSON,.                )
                                )
          Plaintiff,            )
                                )
vs.                             )      CIVIL ACTION NO. 2:06-CV-01057-WKW
                                )
CITY OF MONTGOMERY and;         )
GUINN TIMMERMAN                 )
                                )
          Defendants.           )

**RECEIVED**
DEC – 3 2007
CITY ATTORNEY'S
OFFICE

## PLAINTIFF'S RESPONSES TO
## DEFNDANT'S DISCOVERY REQUESTS

The Plaintiff makes the following responses to the Defendant's discovery
requests.

1.  Interrogatory # 1:     RESPONSE:.     Nextel

    Sprint                                 Cingular

2.  Interrogatory # 2:     RESOPNSE:
        Defendant Zimmerman and the two police officers who responded on the scene.  I do not
        have the phone numbers and addresses of these witnesses.

3.  Interrogatory # 3:     RESPONSE:      Terrance Dawson, P.O. Box 6050, Montgomery,
        AL  36106.

4.  Interrogatory # 4:     RESPONSE:      Speeding-dismissed, Improper turn-pled guilty,
        Speeding-dismissed;  Running stop sigh-dismissed; Running red light-guilt.

5.  Interrogatory # 5:     RESPONSE:      Three charges of domestic violence—dismissed,
        menacing-dismissed.

6.  Interrogatory # 6:     RESPONSE:      Municipal Court of Montgomery" Violation of
        family protection order-pled guilty.  2003 or 2004.  This information is in the possession and
        custody of the City of Montgomery.

7.  Interrogatory # 7:     RESPONSE:      NONE

8. Interrogatory # 8:    RESPONSE:    Jackson Hospital, Montgomery, Alabama; Baptist South, Montgomery, Alabama;  Dr. Albert Lester, Montgomery, Alabama; Dr. Peter Shashy and Dr. Peter Shashy, Montgomery, Alabama; Dr. Daniel Ward, Montgomery, Alabama; Dr. Leroy Russell, Montgomery, Alabama; Dr. Barry Brown, Montgomery, Alabama; Mobile Eye, Ears, and Throat Center, Mobile Alabama;  Montgomery;  Dr. Teressa Brown, Montgomery, Alabama; Dr. Joe Jackson, Montgomery, Alabama.

9. Interrogatory # 9:    RESPONSE:    Viagra-Dr. Shashy and Dr. Lester; Cialis-Dr. Shashy and Dr. Lester; Breathing machine-                         ,

10. Interrogatory # 10:   RESPONSE:   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; DOB 7-16-60.

11. Interrogatory # 9:    RESPONSE:  I have not claimed a specific amount for money damages. I have sought damages for constitutional violations, and I have sought damages for mental anguish and emotion distress.

12. Interrogatory # 9:    RESPONSE:  The Plaintiff, Officer Timmerman, the defendant, and the two police officers who were summoned to aid Officer Timmerman.

13. Request for Production #1:     RESPONSE:  I am not in possession of  such document: I will authorize the Defendant to access this information.

14. Request for Production #2:     RESPONSE:  I am not in possession of such document.

15. Request for Production #3:     RESPONSE:   Ready to produce when given a time and place to do so.

16. Request for Production #4:     RESPONSE:  I do not have such documents in my possession; however, I will sign the proper release authorizing the Defendant to have the same produced from the provider:

17. Request for Production #5:     RESPONSE:  I have no such documents at this time; however, when I obtain the same, I will provide these documents.

18.  Request for Production #6:     RESPONSE:  I have no such documents at this time; however, when I obtain the same, I will provide these document.

I certify that the foregoing responses are true to the best of my knowledge.

Terrance Dawson

Done this  30thday of November 2007.

2

STATE OF ALABAMA         }
COUNTY OF MONTGOMERY    }

       I, the undersigned authority, a Notary Public in and for said State at Large, hereby certify that Terrance Day who being by me first duly sworn, states that the statements are true and correct to the best of her knowledge and that she executed the same voluntarily on the day the same bears date.

       Given under my hand and official seal this 30th day of November 2007.

_Yolanda Y. Lipon_
Notary Public

My Commission Expires: **11-17-2010**

P.O. Box 6050
Montgomery, AL 36106
(334) 561-4011
senddawsonback@aol.com

## CERTIFICATE OF SERVICE

       I hereby certify that I have this 30thh day of November, 2007 filed a forwarded a copy of this document to the Defendant by placing the same in the U.S. Mail, postage prepaid, and addressed as follows:

Allison H. Highley, Esq.
City of Montgomery
Legal Department
P.O. Box 1111
Montgomery, AL 3601-1111

_Terance Dawson_
Terance Dawson

3