IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERANCE DAWSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF MONTGOMERY, *et al.*, )<br>)<br>Defendants. ) | Case No. 2:06-cv-1057-WKW |

### **ORDER**

Upon consideration of the defendants' Motion for Continuance (Doc. # 19), it is ORDERED that the motion is DENIED. The defendant's grounds for a continuance are insufficient and tardy. The defendants have allowed several material deadlines to pass, and never sought court intervention during discovery. On the other hand, the plaintiff appears to have failed in his discovery obligations under Rule 26 of the Federal Rules of Civil Procedure and the orders of this court. In accordance with Section One of the Uniform Scheduling Order (Doc. # 16), it is ORDERED that:

1. A pretrial conference is scheduled for **February 20, 2008 at 10:30 a.m.**, in the United States Courthouse, One Church Street, Courtroom 2-E, Montgomery, Alabama. The plaintiff is warned that his failure to appear at the pretrial conference will result in this action being dismissed with prejudice.

2. This cause is set for trial during the term of court commencing on **March 24, 2008**, in Montgomery, Alabama.

3. Though the discovery deadline has long passed, the court expects the parties to abide by their Rule 26 discovery obligations in order to ensure an orderly trial. The parties shall have **until January 4, 2008** to file motions to compel or other requests for the resolution of discovery disputes. An opposing party shall have **until January 11, 2008** to respond in writing.

Furthermore, it is ORDERED that the parties shall participate in the court's mediation program with Magistrate Judge Wallace Capel, Jr. at a time and place to be established by Judge Capel. The parties shall contact Judge Capel by **January 11, 2008**, in order to schedule the mediation.

DONE this 21st day of December, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE