**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **TERRANCE DAWSON**, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. **2:06-CV-1057-WKW** |
| ) | |
| **CITY OF MONTGOMERY**, and ) | |
| **GUINN TIMMERMAN**, individually, ) | |
|     Defendants. ) | |

**CONFLICT DISCLOSURE STATEMENT**

COME NOW Defendants City of Montgomery and Guinn Timmerman, defendants in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The City of Montgomery is a governmental entity. Guinn Timmerman is an individual. There are no reportable entities for these parties.

Respectfully submitted this 27th day of December, 2007.

                                              /s/ Allison H. Highley
                                              Allison H. Highley (HIG024)
                                              Counsel for Defendants
                                              City of Montgomery and
                                              Guinn Timmerman

OF COUNSEL:
City of Montgomery
Legal Department
Post Office Box 1111
Montgomery, AL 36101-1111
(334) 241-2050 Telephone

CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2007, I sent a true and correct copy of the foregoing to the Plaintiff via U.S. mail, first-class postage pre-paid to:

Terrance Dawson

Post Office Box 6050
Montgomery, Alabama 36106.

/s/ Allison H. Highley
Of Counsel