IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **TERANCE DAWSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )     **CASE NO. 2:06-cv-1057-WKW** |
| | ) |
| **CITY OF MONTGOMERY,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Defendants moved for an enlargement of time (Doc. # 22) to file a dispositive motion, using their difficulty in obtaining discovery from the plaintiff as an excuse for missing several case administration deadlines without requesting court intervention. The court reluctantly exercises its inherent authority to manage its docket, not in sympathy with defendants, but to test the merits of the case at the summary judgment stage. Accordingly, the defendants are granted until **Friday, January 18, 2008**, to file a dispositive motion, and the plaintiff shall have until **February 8, 2008**, to file a written response. No reply to the response will be allowed, unless the court requests one.

The motion for enlargement of time is GRANTED as set forth above. The case remains on the pre-trial and trial dockets as ordered on December 21, 2007.

DONE this 9th day of January, 2008.

                                                 /s/  W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE