IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2008 JAN 10 P 4:44
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| TERANCE DAWSON, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 2:06-CV-01057-WKW |
| CITY OF MONTGOMERY and; GUINN TIMMERMAN | ) |
| Defendants. | ) |

## CONFLICT DISCLOSURE STATEMENT

COME NOW Plaintiff in the above-captioned matter, and pursuant to the United States District Court, Middle District of Alabama's General Order No. 3047, submits the following.

Terance Dawson is an individual. There are no other reportable entities.

Respectfully submitted,

_____
TERANCE DAWSON, Pro Se
P.O. Box 6050
Montgomery, AL 36106
(334) 561-4011

## CERTIFICATE OF SERVICE

I hereby certify that I have this 10th day of January, 2008 filed a copy of this document with the Clerk of the Court, who will perfect service upon the following using the CM/ECF SYSTEM. Allison H. Highley, Esq., City of Montgomery Legal Department, P.O. Box 1111, Montgomery, AL 3601-1111

_____
Terance Dawson