IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERANCE DAWSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:06cv1057-WKW |
| | ) |
| CITY OF MONTGOMERY, | ) |
| | ) |
| Defendant. | ) |

## <u>ORDER ON MOTION</u>

Pending before the Court is Plaintiff's Motion for Court to Order Defendant to Comply with Discovery Obligation Under Rule 26 (Doc. #25), filed 10 January 2008. The original discovery deadline in this case expired 25 September 2007. *See* Scheduling Order, Doc. #16. In an Order dated 21 December 2007, the Court: denied Defendant's motion to continue the case, as tardy; noted that Plaintiff had apparently failed in his discovery obligations under Rule 26 of the Federal Rules of Civil Procedure; and ordered that "[t]he parties shall have until January 4, 2008 to file motions to compel or other requests for the resolution of discovery disputes." (Doc. #20). Thus, Plaintiff's pending Motion (Doc. #25) is six days late and Plaintiff has failed to provide the Court with any explanation for its late filing. Therefore, it is

ORDERED that Plaintiff's Motion for Court to Order Defendant to Comply with Discovery Obligation Under Rule 26 (Doc. #25), is DENIED.

DONE this 14th day of January, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE