**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **TERANCE DAWSON**, <br>     Plaintiff, | ) <br> ) <br> ) |
| v. | ) Case No. **2:06-CV-1057-WKW-WC** <br> ) |
| **CITY OF MONTGOMERY**, and <br> **GUINN TIMMERMAN**, individually, <br>     Defendants. | ) <br> ) <br> ) |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COME NOW Defendants City of Montgomery and Guinn Timmerman, pursuant to Rule 56 of the Federal Rules of Civil Procedure and respectfully move this Court for summary judgment in favor of defendants and against Plaintiff Terance Dawson as to all issues in controversy alleged against them, and in support of this motion state that:

Defendants submit that there are no genuine issues as to any material facts, and that they are entitled to a judgment as a matter of law. Defendants further submit that Plaintiff has failed to present evidence to support elements of his case, on which he bears the ultimate burden of proof.

In support of the Motion for Summary Judgment, Defendants submit:

1. Defendants' Answer; and

2. Brief in Support of Defendants' Motion for Summary Judgment, with the following attached exhibits:

    Defendant's Exhibit A – Complaint;

    Defendant's Exhibit B – Affidavit of Guinn Timmerman;

    Defendant's Exhibit C – Deposition of Terance Dawson;

    Defendant's Exhibit D – Deposition of G.R. Timmerman;

    Defendant's Exhibit E – Plaintiff's Press Release;

    Defendant's Exhibit F – Law Enforcement Code of Ethics; and

    Defendant's Exhibit G – Defendant's Discovery Requests and Plaintiff's

    Responses Thereto.

 To the extent permitted by the Court, Defendant reserves the right to supplement this motion if necessary.

 Respectfully submitted this 18th day of January, 2008.

         /s/ Allison H. Highley
         Allison H. Highley (HIG024)
         Attorney for Defendants

OF COUNSEL:
CITY OF MONTGOMERY
Legal Department
Post Office Box 1111
Montgomery, AL 36101-1111
(334) 241-2050 Telephone
(334) 241-2310 Facsimile

## CERTIFICATE OF SERVICE

 I hereby certify that on January 18, 2008, I sent a copy of the foregoing to the Plaintiff via U.S. mail, first-class postage pre-paid to: Terance Dawson, Post Office Box 6050, Montgomery, Alabama 36106.

         /s/ Allison H. Highley
         Allison H. Highley (HIG024)