**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 22, 2008

# NOTICE OF ERROR

To:     All Counsel of Record

Case Style:   Dawson v. City of Montgomery et al

Case Number:   2:06cv01057-WKW

Referenced Pleading:   Amended Motion for Summary Judgment

Docket Entry Number:   31

**The referenced pleading was filed on \*\*\*January 18, 2008\*\*\* in this case and is hereby STRICKEN as an erroneous docket entry.**

**Parties are instructed to disregard #31 docketing entry, which has been stricken from the record as a docketing error, and to refer to docket entry [29] for correct entry by the e-filer.**