**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Terance Dawson
P O Box 6050
Montgomery, AL 36106

06cv1057  24 Order

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☐ Agent
                    ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
Terance Dawson    1/22/08

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7007 1490 0000 0026 7135

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540