**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **TERANCE DAWSON**, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. **2:06-CV-1057-WKW-WC** |
| | ) |
| **CITY OF MONTGOMERY**, and | ) |
| **GUINN TIMMERMAN**, individually, | ) |
| Defendants. | ) |

<u>NOTICE REGARDING PRETRIAL ORDER</u>

COME NOW Defendants and respectfully notice the Court as follows:

1.      On February 1, 2008, this Court entered its Order Setting Pretrial Hearing (Doc. 37), which ordered the parties to prepare jointly a proposed pretrial order to be filed not later than two business days prior to the pretrial conference.

2.      Defendants certify that on this date, they have emailed a proposed pretrial order to the Court at the email address specified in the Order (Doc. 37).

Respectfully submitted this 15th day of February 2008,


/s/ Allison H. Highley
Allison H. Highley (HIG024)
Attorney for Defendants


OF COUNSEL
City of Montgomery
Legal Department
Post Office Box 1111
Montgomery, Alabama 36101
(334) 241-2050 Telephone
(334) 241-2310 Facsimile

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 15, 2008, I placed a copy of the foregoing in the

United States Mail, first-class postage prepaid, addressed to:

        Terance Dawson
        Pro Se Plaintiff
        Post Office Box 6050
        Montgomery, Alabama 36106

                    /s/ Allison H. Highley
                    Of Counsel