# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **TERANCE DAWSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 2:06-cv-1057-WKW** |
| | ) | |
| **CITY OF MONTGOMERY,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

It is ORDERED that the pretrial in this matter is CONTINUED from February 20, 2008, to **Tuesday, March 4, 2008, at 10:00 a.m.**

DONE this 19th day of February, 2008.

_____/s/   W.  Keith Watkins_____
UNITED STATES DISTRICT JUDGE