IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **TERANCE DAWSON**, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Case No. **2:06-CV-1057-WKW-WC** |
| | ) |
| **CITY OF MONTGOMERY**, and | ) |
| **GUINN TIMMERMAN**, | ) |
|     Defendants. | ) |

## NOTICE OF APPEARANCE FOR DEFENDANTS

**COMES NOW** Kimberly O. Fehl and notices this Honorable Court that she hereby enters her appearance as co-counsel of record for Defendants City of Montgomery and Guinn Timmerman in the above-styled action.

Respectfully submitted this 20th day of February 2008.

                                      /s/ Kimberly O. Fehl
                                      Kimberly O. Fehl (FEH001)
                                      Attorney for the Defendants

**OF COUNSEL:**
CITY OF MONTGOMERY
Legal Department
Post Office Box 1111
Montgomery, AL 36101-1111
(334) 241-2050 Telephone
(334) 241-2310 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2008, I sent a copy of the foregoing Notice of Appearance to the Plaintiff via U.S. mail, first-class postage pre-paid to Terance Dawson, Post Office Box 6050, Montgomery, Alabama 36106.

                                      /s/ Kimberly O. Fehl
                                      Kimberly O. Fehl (FEH001)