IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERANCE DAWSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:06-cv-1057-WKW |
| | ) |
| CITY OF MONTGOMERY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### **ORDER**

During the pretrial conference, the plaintiff informed the court of the possibility an attorney may represent him during trial. Therefore, in accordance with the instructions given at the pretrial conference and in order for the parties to prepare accordingly, it is ORDERED that the plaintiff shall inform the court in writing whether he will be represented by counsel at trial **on or before March 10, 2008**.

If the plaintiff will be represented by an attorney, said attorney shall file his or her notice of appearance **on or before March 10, 2008**. Failure to identify counsel or to file a notice of appearance as directed will result in the plaintiff appearing in court *pro se* at the trial of this matter.

DONE the 5th day of March, 2008.

/s/   W. Keith Watkins
UNITED STATES DISTRICT JUDGE