IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERANCE DAWSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )　　Case No. 2:06-cv-1057-WKW |
| | ) |
| CITY OF MONTGOMERY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

It having come to the court's attention that Section VI of the Memorandum Opinion and Order (Doc. # 44) misstates the conclusion of the opinion, it is ORDERED that the Memorandum Opinion and Order (Doc. # 44) is VACATED. A corrected opinion will be issued immediately.

DONE this 7th day of March, 2008.

　　　　　　　　　　　　　　　　　　　／s／　W. Keith Watkins
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE