IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TERANCE DAWSON,.          )
                          )
    Plaintiff,            )
                          )
vs.                       ) CIVIL ACTION NO. 2:06-CV-01057-WKW
                          )
CITY OF MONTGOMERY and;   )
GUINN TIMMERMAN           )
                          )
    Defendants.           )

## NOTICE OF APPEARANCE

Comes now the undersigned attorney and respectfully makes known his appearance on behalf of the Plaintiff and requests that correspondence regarding this case be forwarded to him at the below -listed address.

Respectfully submitted,

/s/ Fred F. Bell (BEL014)
Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have this 10TH day of March 2008, filed a copy of this document with the Clerk of the Court, who will perfect service upon the parties using the CM/ECF SYSTEM.

/s/ Fred F. Bell

ADDRESS OF COUNSEL
1015 McDonough Street
Montgomery, AL 36104
(334) 265-8176
(334) 265-8178 (Facsimile)
ffbell@netzero.com