**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **TERANCE DAWSON**,      ) | |
|     Plaintiff,      ) | |
| )  | |
| v.      )  | Case No. **2:06-CV-1057-WKW** |
| )  | |
| **GUINN TIMMERMAN**,      ) | |
|     Defendant.      ) | |

## **DEFENDANT'S EXHIBIT LIST**

COMES NOW Defendant Guinn Timmerman and hereby lists the witnesses he expects to call at trial.

    A.  Exhibits Defendant expects to use, other than solely for impeachment:

    1.    Juvenile Daily Summary, November 29, 2004

    2.    Statement by Timmerman to Internal Affairs, July 6, 2005

    B.  Exhibits Defendant may use, if necessary:

    3.    Verified Claim of Terance Dawson

    4.    Any exhibit needed for impeachment or rebuttal

    5.    Any exhibit listed on Plaintiff's exhibit list

Respectfully submitted this 14th day of March 2008.

                              /s/ Allison H. Highley
                              Allison H. Highley (HIG024)
                              Kimberly O. Fehl (FEH001)
                              Attorneys for Defendants

OF COUNSEL:
CITY OF MONTGOMERY
Legal Department
Post Office Box 1111
Montgomery, AL 36101-1111
(334) 241-2050 Telephone
(334) 241-2310 Facsimile

CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2008, I sent a copy of the foregoing to the Plaintiff via U.S. mail, first-class postage pre-paid to: Fred F. Bell, 1015 McDonough Street, Montgomery, Alabama 36104.

/s/ Allison H. Highley
Allison H. Highley (HIG024)