**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **TERANCE DAWSON**, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. **2:06-CV-1057-WKW** |
| | ) | |
| **GUINN TIMMERMAN**, | ) | |
|     Defendant. | ) | |

### <u>DEFENDANT'S PROPOSED VOIR DIRE</u>

COMES NOW Defendant Guinn Timmerman and hereby submits the following proposed voir dire questions for the venire.

1. Do you know, or have you heard of, Plaintiff Terance Dawson?  If so,

   a. How do you know him?

   b. What do you know about him?

   c. Would your acquaintance with him influence you in any way?

2. Do you know the Defendant Guinn Timmerman, who is also called "Tim" Timmerman, or any members of his family?  If so,

   a. How do you know him?

   b. Would your acquaintance with him influence you in any way?

3. Do you know Attorney Fred Bell or any members of his family?

   a. How do you know him?

   b. Would your acquaintance with him influence you in any way?

4. Have you or any of your friends or family consulted with or hired Attorney Fred Bell? If so,

   a. Describe the nature of the action and state whether it is pending.

5. Do you know anyone who works for Attorney Fred Bell? If so,

    a. Who do you know and how do you know them?

    b. Would your knowing them influence your decision in this case?

6. This case involves a claim by Mr. Dawson that Officer Timmerman violated his constitutional rights during a traffic stop. Have you heard or read anything about the facts of this case? If so,

    a. What do you recall reading or hearing?

    b. Would your having read or heard about these events influence your decision in this case?

7. Does anyone here have special knowledge about civil rights lawsuits or claims of Fourth Amendment seizure violations?

    a. If so, please explain the nature and extent of your knowledge.

8. Have you or any of your friends or family sued a police officer? If so,

    a. Please state the underlying facts of the case and whether it is pending.

9. Have you or any member or your family or close friends ever had what you would consider a negative experience with the City of Montgomery Police Department or any MPD officer?

    a. If so, please describe that experience.

    b. If you recall, identify the officer or officers involved.

10. Have you or any member or your family or close friends had what you would consider a negative experience or sued the City of Montgomery or its representatives or employees?

    a. If so, please describe that experience.

       b.  If you recall, identify the representatives or employees involved.

11.    Have you or any of your friends or family ever felt they were being wrongfully accused of a crime? If so,

       a.  Explain the circumstances surrounding that incident.

12.    Does anyone here think that a person cannot be impaired by prescription or over the counter medications?

13.    Does anyone here feel that a police officer should not have the discretion to tell a driver to get another ride home if that police officer does not feel it is safe for that person to drive?

14.    Does anyone here feel that police officers should treat former public officials better than they treat ordinary citizens?

15.    Have these questions triggered in your mind any information you want to volunteer or anything that you think would be important for the lawyers for the parties in this lawsuit to know about?

Respectfully submitted this 14th day of March 2008.

                 /s/ Allison H. Highley
                 Allison H. Highley (HIG024)
                 Kimberly O. Fehl (FEH001)
                 Attorneys for Defendants

OF COUNSEL:
CITY OF MONTGOMERY
Legal Department
Post Office Box 1111
Montgomery, AL 36101-1111
(334) 241-2050 Telephone
(334) 241-2310 Facsimile

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 10, 2008, I sent a copy of the foregoing to the Plaintiff via U.S. mail, first-class postage pre-paid to: Fred F. Bell, 1015 McDonough Street, Montgomery, Alabama 36104.

/s/ Allison H. Highley
Allison H. Highley (HIG024)