**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **TERANCE DAWSON**,         ) | |
| Plaintiff,         ) | |
|                              ) | |
| v.                           ) | Case No. **2:06-CV-1057-WKW** |
|                              ) | |
| **GUINN TIMMERMAN**,         ) | |
| Defendant.         ) | |

## DEFENDANT'S MOTION IN LIMINE

COMES NOW Defendant Guinn Timmerman, and respectfully moves this Court in limine to exclude from trial any witnesses or exhibits not heretofore produced or submitted to Defendant as ordered by the Court.

To date, plaintiff has not submitted a list of witnesses he intends to call, nor has he provided any exhibits for inspection, although the deadline for doing so has long since passed. Defendant objects to Plaintiff's use at trial of any such witnesses or exhibits. Defendant is entitled to an adequate opportunity to review and object to any witnesses or evidence Plaintiff intends to rely upon.

Even construing as adequate notice Plaintiff's deposition testimony about the witnesses he intends to call as notice, Defendant objects on the grounds that any testimony by these purported witnesses is irrelevant. It has been stipulated that alcohol is not an issue in the case, and Plaintiff stated that every witness he intends to call would testify about his propensity to drink alcohol. The proposed testimony is simply not relevant and should be excluded pursuant to FRE 402.

WHEREFORE, Defendant respectfully requests that the witnesses at trial be limited to the parties and that Plaintiff be prohibited from producing at trial any exhibits

or other evidence that has not been produced to Defendant.

    Respectfully submitted this 14th day of March 2008.

/s/ Allison H. Highley
Allison H. Highley (HIG024)
Kimberly O. Fehl (FEH001)
Attorneys for Defendants

OF COUNSEL:
CITY OF MONTGOMERY
Legal Department
Post Office Box 1111
Montgomery, AL 36101-1111
(334) 241-2050 Telephone
(334) 241-2310 Facsimile

CERTIFICATE OF SERVICE

    I hereby certify that on March 14, 2008, I sent a copy of the foregoing to the Plaintiff via U.S. mail, first-class postage pre-paid to: Fred F. Bell, 1015 McDonough Street, Montgomery, Alabama 36104.

/s/ Allison H. Highley
Allison H. Highley (HIG024)