IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERANCE DAWSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06-cv-1057-WKW |
| | ) |
| CITY OF MONTGOMERY and; | ) |
| GUINN TIMMERMAN, | ) |
| | ) |
| Defendants. | ) |

### NOTIFICATION TO COURT OF SETTLEMENT STATUS

Comes now the Plaintiff and, pursuant to this Honorable Court Order (Document 49, § 7), requiring the parties to notify the Court as to the status of any settlements negotiations, makes known to the Court that settlement has not been reached. Moreover, based on the conversations on the subject of settlement with the Defendant, the Plaintiff believes there is no possibility of settlement.

Respectfully submitted,

_____
FRED F. BELL (BEL014)
Attorney for Plaintiff

ADDRESS OF COUNSEL
1015 South McDonough Street
(334) 265-8176
(334) 265-8178 Fax
ffbell@netzeo.com

CERTIFICATE OF SERVICE

I hereby certify that I have this 14th day of March, 2008 filed a copy of this documentdocument with the Clerk of the Court, who will perfect service upon the parties using the CM/ECF SYSTEM.

_____
Fred F. Bell (BEL014)