IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERANCE DAWSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:06-cv-1057-WKW |
| ) | |
| GUINN R. TIMMERMAN, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

During the status conference held March 19, 2008, the plaintiff's counsel represented to the court on the record that his only witness will be the plaintiff himself and that he does not object to the defendant's motion in limine (Doc. # 54). Therefore, upon consideration of the defendant's motion in limine (Doc. # 54), it is ORDERED that the motion is GRANTED.

DONE this 24th day of March, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE