# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| TERANCE DAWSON ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | Case No.  2:06cv1057-WKW |
| ) | |
| THE CITY OF MONTGOMERY, ) | |
| et al. ) | |
|     Defendant. ) | |

### JUROR QUESTIONNAIRE CERTIFICATION

I, _Fred Bell_, counsel for _Terance Dawson_, do hereby certify that I will keep confidential the information contained in the juror questionnaires and that I agree to be responsible for their receipt, review, maintenance, and destruction. No copies of the questionnaires will be allowed to leave my office, either electronically or in hard copy. Upon completion of the empaneling of the jury I will ensure that all copies (including electronic copies) of the questionnaires of all jurors, including the questionnaires of the jurors selected to serve, are immediately destroyed and the disc is returned to the court at the time of jury selection.

    I, the undersigned, make this representation with the understanding that any dissemination of juror information, either intentional or negligent, will subject me and my client to sanction as a violation of this court's instructions to keep all juror information confidential.

    I, the undersigned, authorize my staff to obtain on my behalf the juror questionnaires and certify that they will keep confidential the information contained in the juror questionnaires.

Signature of Counsel of Record: _Fred Bell_
Printed Name of Counsel of Record: _Fred R. Bell_
Date: _3/21/08_

If applicable, signature of Person Obtaining Questionnaires: _____
Printed Name of Person Obtaining Questionnaires: _____

Received Jury Questionnaire CD from counsel
on 03/24/08

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **TERANCE DAWSON** )<br>　　Plaintiff, )<br> )<br>vs. )<br> )<br>**THE CITY OF MONTGOMERY,** )<br>et al. )<br>　　Defendant. ) | Case No.　2:06cv1057-WKW |

### JUROR QUESTIONNAIRE CERTIFICATION

I, _KimBERLy TEHL_, counsel for _City of Montgomery_, hereby certify that I will keep confidential the information contained in the juror questionnaires and that I agree to be responsible for their receipt, review, maintenance, and destruction. No copies of the questionnaires will be allowed to leave my office, either electronically or in hard copy. Upon completion of the empaneling of the jury I will ensure that all copies (including electronic copies) of the questionnaires of all jurors, including the questionnaires of the jurors selected to serve, are immediately destroyed and the disc is returned to the court at the time of jury selection.

　　I, the undersigned, make this representation with the understanding that any dissemination of juror information, either intentional or negligent, will subject me and my client to sanction as a violation of this court's instructions to keep all juror information confidential.

　　I, the undersigned, authorize my staff to obtain on my behalf the juror questionnaires and certify that they will keep confidential the information contained in the juror questionnaires.

Signature of Counsel of Record: _[signature]_
Printed Name of Counsel of Record: _Kimberly O TEHL_
Date: _____

If applicable, signature of Person Obtaining Questionnaires: _____
Printed Name of Person Obtaining Questionnaires: _____

Received Jury Questionnaire CD from counsel
on 03/24/08   _[signature]_

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TERANCE DAWSON | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.   2:06cv1057-WKW |
| | ) | |
| THE CITY OF MONTGOMERY, | ) | |
| et al. | ) | |
| Defendant. | ) | |

## JUROR QUESTIONNAIRE CERTIFICATION

I, __Allison Highley__, counsel for __Defendant__, do hereby certify that I will keep confidential the information contained in the juror questionnaires and that I agree to be responsible for their receipt, review, maintenance, and destruction. No copies of the questionnaires will be allowed to leave my office, either electronically or in hard copy. Upon completion of the empaneling of the jury I will ensure that all copies (including electronic copies) of the questionnaires of all jurors, including the questionnaires of the jurors selected to serve, are immediately destroyed and the disc is returned to the court at the time of jury selection.

I, the undersigned, make this representation with the understanding that any dissemination of juror information, either intentional or negligent, will subject me and my client to sanction as a violation of this court's instructions to keep all juror information confidential.

I, the undersigned, authorize my staff to obtain on my behalf the juror questionnaires and certify that they will keep confidential the information contained in the juror questionnaires.

Signature of Counsel of Record: _____
Printed Name of Counsel of Record: __Allison Highley__
Date: __3/19/2008__

If applicable, signature of Person Obtaining Questionnaires: _____
Printed Name of Person Obtaining Questionnaires: _____

Received Jury Questionnaire CD from counsel
on 03/24/08