IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TERANCE DAWSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:06-cv-1057-WKW |
| | ) | |
| GUINN R. TIMMERMAN, | ) | |
| | ) | |
| Defendant. | ) | |

## SPECIAL VERDICT FORM

A.  **Vehicle and/or Driver's License**

Do you find by a preponderance of the evidence:

1. That Officer Timmerman intentionally committed acts that violated Mr. Dawson's federal constitutional right not to have his vehicle and/or driver's license unreasonably seized?

   Answer Yes or No __No__

2. That Officer Timmerman's acts were the proximate or legal cause of damages sustained by Mr. Dawson?

   Answer Yes or No __No__

**NOTE:** If you answered "No" to either Question A.1. or Question A.2., skip the remaining questions in Section A.

Do you find by a preponderance of the evidence:

3. That Mr. Dawson should be awarded damages to compensate for the reasonable value of any property lost or destroyed or detained during, or as a result of, Officer Timmerman's unconstitutional acts?

   Answer Yes or No _____

4. That Mr. Dawson should be awarded damages to compensate for emotional pain and mental anguish?

   Answer Yes or No _____

   If your answer is "Yes," in what amount? $_____

5. That Officer Timmerman acted with malice or with reckless indifference to Mr. Dawson's federally protected rights and that punitive damages should be assessed against Officer Timmerman?

   Answer Yes or No _____

   If your answer is "Yes," in what amount? $_____

**B.  Conversion**

Do you find by a preponderance of the evidence:

1. That Officer Timmerman exercised dominion over Mr. Dawson's personal property to the exclusion or in defiance of Mr. Dawson's right of possession?

   Answer Yes or No  *No*

**NOTE:** **If you answered "No" to Question B.1., skip the remaining questions in Section B and have your foreperson sign this verdict form at the bottom of the next page.**

Do you find by a preponderance of the evidence:

2. That Mr. Dawson should be awarded damages to compensate for the conversion of his personal property?

   Answer Yes or No _____

   If your answer is "Yes," in what amount? $_____

**NOTE:** **If you answered "No" to Question B.2., skip Question B.3.**

Do you find by clear and convincing evidence:

3. That Officer Timmerman consciously or deliberately engaged in oppression,

    fraud, wantonness, or malice with regard to Mr. Dawson such that Mr. Dawson should be awarded punitive damages?

    Answer Yes or No _____

    If your answer is "Yes," in what amount?  $_____

Do you find by a preponderance of the evidence:

4.    That Officer Timmerman acted willfully, maliciously, fraudulently, in bad faith, beyond his authority, or under a mistaken interpretation of the law?

    Answer Yes or No _____

SO SAY WE ALL.

_Thomas James_
Foreperson

Dated: _April 2, 2008_