IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TERANCE DAWSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:06-cv-1057-WKW |
| | ) | |
| GUINN R. TIMMERMAN, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>FINAL JUDGMENT</u>**

On April 2, 2008, this cause proceeded to trial before the court and a jury. On April 2, 2008, the jury returned a verdict in favor of the defendant and against the plaintiff on all claims submitted to the jury. The issues having been duly tried and the jury having duly rendered its verdict, it is the JUDGMENT and DECREE of the court that:

1.    Judgment is hereby entered in favor of the defendant and against the plaintiff;

2.    The plaintiff recover nothing by his suit; and

3.    The action be dismissed on the merits.

It is further ORDERED that costs are hereby TAXED against the plaintiff for which execution may issue. The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 4th day of April, 2008.

_/s/  W.  Keith Watkins_____
UNITED STATES DISTRICT JUDGE