IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2008 APR 14  P 2:44
D. HACKETT, CLK

| | |
|---|---|
| TERANCE DAWSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 2:06-cv-1057-WKW |
| | ) |
| GUINN TIMMERMAN, | ) |
| | ) |
| Defendant. | ) |

### PLAINTIFF'S MOTION FOR JUDGMENT AS A MATTER OF LAW, ALTERNATIVE MOTION TO ALTER OR AMEND JUDGMENT, OR MOTION FOR A NEW TRIAL

Comes now Plaintiff Terance Dawson, by and through the undersigned attorney, and pursuant to Rule 50, Fed.R.Civ.P., respectfully moves this Court for a judgment as a matter of law. Alternatively, pursuant to Rule 59, Fed.R.Civ.P., the Plaintiff requests this Court to alter or amend the judgment, or to grant the Plaintiff a new trial in this cause on the issue of illegal seizure of Plaintiff's vehicle and conversion of Plaintiff's vehicle. As grounds in support of this motion, the Plaintiff submits the following:

1. As this Court is aware, one of issues presented for trial was the federal claim of illegal seizure of Plaintiff's vehicle under the Fourth Amendment to the

federal Constitution. Another claim was the pendent state claim of conversion of Plaintiff's vehicle.

2. On March 14, 2008, Defendant Timmerman, through counsel, filed "Defendant's Trial Brief," Document 58. At page 4, the Defendant states, "It is uncontested that Defendant would not permit Plaintiff to use his vehicle."

3. Likewise, one of the stipulated facts is that Defendant Timmerman told Plaintiff to park his car and find another way home. Document 49, pg. 11.

4. This cause was tried April 2, 2007. At the end of Plaintiff's case-in-chief, both parties moved for judgment as a matter of law. The Plaintiff's motion was denied. The case was submitted to the jury on the illegal seizure of Plaintiff's property and the conversion claim. The jury returned a verdict on all claims against the Plaintiff.

5. Although the rule do not recognize motions for "Reconsideration," the Plaintiff requests that this Honorable reconsider its judgment in this cause.

6. The stipulated facts admits that Mr. Timmerman

interfered with the Plaintiff's use of his vehicle. The evidence in regard to the conversion claim and the illegal seizure of the Plaintiff's vehicle IS undisputed. The Plaintiff entered evidence sufficient to support each element of the Plaintiff's claims of illegal seizure of his vehicle and conversion of his vehicle. This evidence was not contradicted on Plaintiff's case-in-chief, nor on the Defendant's case-in-chief because it had been *stipulated* In regard to these two claims, there is no evidence in the record that could support the jury's verdict against the Plaintiff.

7. The Court enter its judgment in favor of the Defendant on April 4, 2008. Document 63.

8. The verdict against the Plaintiff on the illegal seizure of Plaintiff's vehicle and the conversion of Plaintiff's vehicle goes against the clear weight of the evidence. In this instance, the Plaintiff was so seriously prejudiced by the jury's verdict that he was deprived of a fair trial. Therefore, either a judgment as a matter of law on these issues, an alteration or amendment of the jury's verdict, or a new trail is

3

therefore necessary to prevent a miscarriage of justice in this case.

WHEREFORE THESE PREMISES CONSIDERED, the Plaintiff respectfully request that cause has been shown why his motions, alternatively, should be granted.

Respectfully submitted,

_____
FRED F. BELL (BEL014)

OF COUNSEL
1015 South McDonough Street
Montgomery, Alabama 36104
(334) 265-8176, 265-8178 FAX
ffbell@netzero.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this 12th day of April, 2008 filed a copy of this document with the Clerk of the Court, who will perfect service upon the following using the CM/ECF SYSTEM.

Allison H. Highley, Esq.
Kimberly O. Fehl, Esq.
City of Montgomery
Legal Department
P.O. Box 1111
Montgomery, AL 36011-1111

_____
Fred F. Bell

4

therefore necessary to prevent a miscarriage of justice in this case.

WHEREFORE THESE PREMISES CONSIDERED, the Plaintiff respectfully request that cause has been shown why his motions, alternatively, should be granted.

Respectfully submitted,

FRED F. BELL (BEL014)

OF COUNSEL
1015 South McDonough Street
Montgomery, Alabama 36104
(334) 265-8176, 265-8178 FAX
ffbell@netzero.com

### CERTIFICATE OF SERVICE

I hereby certify that I have this 12th day of April, 2008 filed a copy of this document with the Clerk of the Court, who will perfect service upon the following using the CM/ECF SYSTEM.

Allison H. Highley, Esq.
Kimberly O. Fehl, Esq.
City of Montgomery
Legal Department
P.O. Box 1111
Montgomery, AL 36011-1111

Fred F. Bell

4