IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERANCE DAWSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:06-cv-1057-WKW |
| ) | |
| GUINN R. TIMMERMAN, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of the plaintiff's motion (Doc. # 64) for judgment as a matter of law or, in the alternative, motion to alter or amend the judgment or grant a new trial, it is ORDERED that the defendant respond in writing **on or before April 29, 2008**. The plaintiff will not be allowed a reply brief unless the court deems it necessary.

DONE this 15th day of April, 2008.

                                               /s/ W. Keith Watkins
                                     UNITED STATES DISTRICT JUDGE