IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **TERANCE DAWSON**, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. **2:06-CV-1057-WKW-WC** |
| ) | |
| **GUINN TIMMERMAN**, ) | |
|     Defendant. ) | |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW the undersigned, Allison H. Highley, Assistant City Attorney for the City of Montgomery, and respectfully moves this Court for permission to withdraw from this case as counsel for defendant and as grounds says:

1. The undersigned is relocating out of Alabama and must leave her employ with the City of Montgomery.

2. Neither party would be prejudiced by the withdrawal.

WHEREFORE, premises considered, the undersigned respectfully moves this Court for permission to withdraw from this case as counsel of record for defendant.

Respectfully submitted this the 20th day of May 2008.

                                  /s/ Allison H. Highley
                                  Allison H. Highley (HIG024)
                                  Withdrawing Attorney

**OF COUNSEL**
City of Montgomery
Legal Department
Post Office Box 1111
Montgomery, Alabama 36101
(334) 241-2050 Telephone
(334) 241-2310 Facsimile

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2008, the foregoing was served upon the following by electronically filing the same with the Clerk of Court which will cause e-mail notification to be sent to the following:

Fred F. Bell, Esq.
1015 South McDonough Street
Montgomery, Alabama 36104

/s/ Allison H. Highley
Of Counsel