IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERANCE DAWSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:06-cv-1057-WKW |
| | ) |
| GUINN R. TIMMERMAN, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the Motion to Withdraw as Counsel (Doc. # 67) by the defendant's counsel, it is ORDERED that the motion is GRANTED and that Allison H. Highley is WITHDRAWN from the case.

DONE this 21st day of May, 2008.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE